# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 391 - 1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Holy Yang | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/15/2008. Material witness appears in response to arrest on 5/15/2008. Material witness informed of her rights. Enter order appointing Matthew Joseph Madden as counsel for material witness. Material witness waives identity hearing. Government seeks detention. Detention hearing set for 5/19/2008 at 2:00 p.m. Material witness to remain in custody pending further court proceedings.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|