# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. YANG

FOR: FILED MAY 15 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): HOLY YANG

- 1. ☒ Defendant – Adult
- 2. ☐ Defendant – Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Parole Violator
- 6. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

LOCATION NUMBER: ND IL

DOCKET NUMBERS:
Magistrate:
District Court: 08 CR 391-1
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box → ) ☐ Felony ☐ Misdemeanor

MATERIAL WITNESS

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 5000/MO   SOURCES: Erotic Services

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 4000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 21,000   DESCRIPTION: Mazda 6

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | RENT | $ | $ 550 |
| | BILLS | $ | $ 800 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/15/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]