# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 391 - 1 | **DATE** | 5/19/2008 |
| **CASE TITLE** | USA vs. Holy Yang | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Order material witness removed to the United States District Court Eastern District of Michigan, Southern Division.

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | IS |
|---|---|---|---|