UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 391 |
| | ) | |
| HOLY YANG | ) | Magistrate Judge Ashman |

**AGREED MOTION TO
DISMISS REMOVAL COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, hereby respectfully moves, pursuant to

Federal Rule of Criminal Procedure 48(a), that this court dismiss without prejudice the removal

complaint against defendant in the above-captioned action. The defendant has now appeared in the

Eastern District of Michigan pursuant to the arrest warrant issued. On May 20, 2008, government

counsel, Lisa Noller, spoke to defendant's counsel, Matthew Madden, who agreed to this motion.

Dated: May 22, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5314

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Agreed Motion to Dismiss Removal Complaint Without Prejudice was served on Matthew Madden, pursuant to the district court's ECF system, on May 22, 2008.

s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 S. Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5314