# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 391 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Holy Yang | | |

**DOCKET ENTRY TEXT**

Enter order. Government's agreed motion to dismiss removal complaint without prejudice [9] is granted. It is hereby ordered that the above-captioned removal complaint is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). This order of dismissal shall not in any way affect any pending or future proceedings against the defendant, in this or any other district.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|