*MHN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 391 |
| | ) | |
| HOLY YANG | ) | Magistrate Judge Ashman |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the agreed motion by counsel to dismiss the removal complaint in the above-captioned case without prejudice:

IT IS HEREBY ORDERED that the above-captioned removal complaint is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). This order of dismissal shall not in any way affect any pending or future proceedings against the defendant, in this or any other district.

SO ORDERED AND ENTERED:

Dated: **MAY 29 2008**

MARTIN C. ASHMAN
United States Magistrate Judge