UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**              **OFFICE OF THE CLERK**
    **CLERK**              June 4, 2008

Southern District of Michigan
Mr. David J. Weaver
Clerk/Court Administrator
United States District Court
814 Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

**Re: U.SA -v- Holy Yang - 08 CR 391**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 391 | _X_ Order of Removal dated: 5/19/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
    Marsha E. Glenn, Deputy Clerk