

# FILED

JUN 1 3 2008   NF

Jun 13. 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Charles Guathouse*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>JUN 1 0 2008<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br>08 CK 391 |
| 1. Article Addressed to:  08 CR 391<br><br>Southern District of Michigan<br>Mr. David J. Weaver<br>Clerk/Court Administrator<br>United States District Court<br>814 Theodore Levin<br>United States Courthouse<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 0100 0001 7313 2777 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08 cr 391