**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**              June 4, 2008              **OFFICE OF THE CLERK**

Southern District of Michigan
Mr. David J. Weaver
Clerk/Court Administrator
United States District Court
814 Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226



FILED
JUN 1 2 2008
CLERK'S OFFICE
DETROIT

Re: U.SA -v- Holy Yang - 08 CR 391

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 391 | _X_ Order of Removal dated: 5/19/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: _____
Marsha E. Glenn, Deputy Clerk

FILED
JUN 1 6 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT